**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JAMES MORRIS JACKSON, | ) | NO. CV 07-4466-R(E) |
| Plaintiff, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| PALACIOS, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) | OF UNITED STATES MAGISTRATE JUDGE |

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is approved and adopted; and (2) Judgment shall be entered dismissing the action without prejudice.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on Plaintiff and counsel for Defendants.

DATED: _Oct. 10_, 2008.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE