**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JAMES MORRIS JACKSON, | ) | NO. CV 07-4466-R(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| PALACIOS, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:  __Oct. 10_, 2008.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE